UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 22-047-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ERICH MATHES STORCK, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the competency Report and Recommendation regarding Defendant Erich Mathes Storck. [Record No. 57] Following an evaluation by licensed clinical psychologist Jessica Micono, Psy.D., United States Magistrate Judge Edward B. Atkins held a competency hearing and issued a Report and Recommendation. After reviewing all relevant materials, Magistrate Judge Atkins recommended that the Court find Storck competent to proceed in this matter. Neither Storck nor the United States objects to the magistrate judge's recommendation. Having fully considered the matter, the Court will adopt the magistrate judge's recommendation in full.

Although this Court must make a *de novo* determination of those parts of the magistrate judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file

objections to the magistrate judge's report and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).

Dr. Micono determined, for the reasons explained in her comprehensive report, that Storck was competent at the time of the alleged offenses and that he is able to understand the nature and consequences of the proceedings and can properly assist in his defense. As outlined in the Report and Recommendation, the magistrate judge found no evidence to support a finding that the defendant is not competent, and nothing in the record would permit an incompetency finding by a preponderance of the evidence.

Accordingly, it is hereby

**ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Edward B. Atkins [Record No. 57] is **ADOPTED** and **INCORPORATED** here in full.

2. The Court finds that Defendant Erich Mathes Storck is competent to face further proceedings, including trial. A new date for trial shall be set by separate order.

Dated: December 14, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky